Bookman against the New York Elevated Railroad Company and another.

PER CURIAM. The judgment should be affirmed, with costs.